[No. 15275–1–I. Division One. July 1, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY
RAY HOWARD, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–01644–9, Terrence A. Carroll, J., entered
August 17, 1984. *Dismissed* by unpublished per curiam
opinion.

[No. 12220–7–I. Division One. July 1, 1985.]

DIANA BOWEN, *Respondent,* v. DIANE L. YATES,
*Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 42334, Walter J. Deierlein, Jr., J., entered
August 16, 1982. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Swanson and Grosse, JJ.

[No. 12766–7–I. Division One. July 1, 1985.]

ROSALIE AUSTIN, *Respondent,* v. TRADEWELL STORES,
INC., *Appellant.*

Appeal from judgments of the Superior Court for King
County, Nos. 81–2–18277–1, 81–2–18433–2, Nancy A.
Holman, J., entered December 29, 1982. *Affirmed* by
unpublished opinion per Petrie, J. Pro Tem., concurred in
by Corbett, C.J., and Swanson, J.

[No. 13290–3–I. Division One. July 1, 1985.]

*In the Matter of the Personal Restraint of*
SIMON LEWIS DEARBONE, *Petitioner.*

Petition for relief from personal restraint. *Denied* by
unpublished per curiam opinion.